No. 17,738.

Mary E. Lee *v*. Clem S. Lee.
(294 P. [2d] 920)

Decided March 12, 1956.

Mr. Thomas A. Gilliam, Mr. William P. Horan, for plaintiff in error.

Messrs. Van Cise & Van Cise, for defendant in error.

*En Banc.*

Per Curiam.

Judgment affirmed without written opinion.